**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/14/2021__

-----------------------------------------------------------------X

| | |
|---|---|
| **RILEY,** | : |
| **Plaintiff,** | : |
| v. | :    1:20-CV-01842-ALC |
| **IS CHRYSTIE MGMT. LLC ET AL.,** | :    **ORDER** |
| **Defendants.** | : |

-----------------------------------------------------------------X

**ANDREW L. CARTER, JR., District Judge:**

It having been reported to this Court that this case has been or will be settled, it is hereby

**ORDERED** that the above-captioned action is hereby discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

**Dated: April 14, 2021**

    **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**